**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **MICHAEL CHAVIS** | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | **SECTION:** |
| | * | |
| **WORK BOAT ELECTRICAL** | * | **JUDGE:** |
| **SERVICES, L.L.C.** | * | |
| | * | **MAGISTRATE:** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**COMPLAINT FOR DAMAGES**</u>

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, AND THE JUDGES THEREOF:**

Michael Chavis, through undersigned counsel, brings this Complaint for Damages and avers as follows:

1.

Plaintiff, Michael Chavis (hereinafter "Plaintiff"), is a person of majority age.

2.

Made Defendant herein is:

A.    Work Boat Electrical Services, L.L.C. (hereinafter "Work Boat"), a limited liability company organized under the laws of the State of Louisiana and authorized to do and doing business in this State and judicial district at all material times.

3.

At all material times, Plaintiff was employed as a Captain by 4Ocean, LLC, and assigned to work aboard the OPR VESSEL, a vessel in navigation, for which job Plaintiff earned $450 per day, plus overtime, fringe, and found benefits.

4.

On or around July 23, 2019, while the OPR VESSEL was on navigable waters and secured to the dock at Super Shipyard, 20987 Highway 1, Golden Meadow, LA 70357, Plaintiff and another vessel crewmember were placing a new small boat onto the OPR VESSEL's new boat cradle located on the second deck aft using a newly installed electric hydraulic boat davit located on the same deck.  As Plaintiff was operating the davit using the controls on the outside of the davit's electrical box, the davit's electrical box exploded, forcefully propelling fragments of the box at and around Plaintiff's head.

5.

Prior to the explosion of the electrical box, Defendant Work Boat, by and through its employees, representatives, or agents, had installed the electric hydraulic boat davit and associated equipment, including the davit's electrical box on the OPR VESSEL.

6.

Upon information and belief, the cause of the electrical box's explosion was Work Boat's negligent installation of a 12V Duracell lead acid battery with a 24V Rhino power supply.  The continuous overcharging of the battery produced oxygen and hydrogen gases, which ignited due to an electrical spark created during the operation of the davit.  Other acts of negligence on the part of Work Boat during the installation process may also have caused or contributed to the explosion.  Additional presently unknown facts regarding the installation process and any negligence attributable thereto may be further developed during the discovery phase of this cause.

7.

As a result of the incident described herein, through no fault of his own, Plaintiff suffered

severe and permanent damage to his ears, hearing, and nervous systems, including hearing loss, dizziness, vertigo, and continued ringing in his ears, all of which have required medical treatment and have caused significant and permanent residual physical disability.

8.

The incident described herein and resulting severe injuries to Plaintiff were proximately caused by the negligence of Work Boat in failing to act with due care under the circumstances and failing to properly install the components of the electric hydraulic boat davit on the OPR VESSEL and/or installing improper or inappropriate components.

9.

As a consequence of the events and occurrences described herein and the resulting severe and painful injuries, Plaintiff is entitled to damages for past, present and future physical and emotional pain and suffering, permanent physical disability, past and future medical expenses, loss of wages and wage earning capacity, and loss of fringe and found benefits in an amount to be determined in this cause.

10.

Plaintiff's claims against Work Boat are governed by the general maritime law of the United States.

11.

Plaintiff hereby brings this matter before this Honorable Court as an admiralty or maritime claim under Fed. R. Civ. Proc. Rule 9(h).

**WHEREFORE**, Plaintiff, Michael Chavis, prays for judgment in his favor and against Defendant, Work Boat Electrical Services, L.L.C., for compensatory damages in an amount reasonable under the circumstances of this cause, for all taxable costs and interest as allowed by

law and for any additional general and equitable relief which the circumstances of this cause may

require.

Respectfully submitted,

/s/ *Ian F. Taylor*
PAUL M. STERBCOW (#17817)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson, LLC
601 Poydras Street, Suite 2615
New Orleans, Louisiana 70130
Telephone: (504) 588-1500
Facsimile: (504) 588-1514
sterbcow@lksalaw.com
itaylor@lksalaw.com

AND

/s/ *Michael H. Bagot, Jr.*
MICHAEL H. BAGOT, JR. (#2665)
WAGNER, BAGOT & RAYER, L.L.P.
Pan American Life Center – Suite 1660
601 Poydras Street
New Orleans, Louisiana 70130
Telephone: (504) 525-2141
Facsimile: (504) 523-1587
E-mail:  mbagot@wb-lalaw.com

**PLEASE SERVE**

Work Boat Electrical Services, L.L.C.
*Through Its Registered Agent:*
Joel Watson
114 Katelyn St.
Schriever, LA 70395

4