UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MICHAEL CHAVIS** | * | **CIVIL ACTION NO.: 2:20-cv-02760** |
| | * | |
| **VERSUS** | * | **SECTION: F(1)** |
| | * | |
| **WORK BOAT ELECTRICAL SERVICES, L.L.C.** | * | **JUDGE: MARTIN FELDMAN** |
| | * | |
| | * | **MAGISTRATE: VAN MEERVELD** |
| | * | |
| | * | **JURY TRIAL REQUESTED** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### FIRST AMENDED COMPLAINT FOR DAMAGES

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, AND THE JUDGES THEREOF:**

Michael Chavis, through undersigned counsel, brings this First Amended Complaint for Damages and avers as follows:

1.

Plaintiff, Michael Chavis (hereinafter "Plaintiff"), is a person of majority age and a resident and citizen of the State of Florida.

2.

Made Defendant herein is:

    A.    Work Boat Electrical Services, L.L.C., a limited liability company organized under the laws of the State of Louisiana and authorized to do and doing business in this State and judicial district at all material times.

3.

Upon information and belief, all members of Work Boat Electrical Services, L.L.C. (hereinafter "Work Boat") are citizens of the State of Louisiana, thus making Work Boat a citizen of the State of Louisiana.

4.

Claimant re-avers and re-alleges each and every allegation of fact and law contained in Paragraphs 3 through 10 of his Complaint for Damages as if specifically re-pled herein in their entirety.

5.

By way of this Amended Complaint, Plaintiff hereby withdraws his designation of this matter as an admiralty or maritime claim under Fed. R. Civ. Proc. Rule 9(h).

6.

Jurisdiction of this cause of action against the aforesaid Defendant, Work Boat, is based upon the diverse citizenship of the parties and an amount in controversy far exceeding $75,000.00, excluding costs and interest, pursuant to 28 U.S.C. § 1332.

7.

Plaintiff is entitled to and hereby demands a trial by jury on all claims and causes of action brought herein and that which may be brought in the future by way of amended and/or supplemental complaint.

**WHEREFORE**, Plaintiff, Michael Chavis, prays for judgment in his favor and against Defendant, Work Boat Electrical Services, L.L.C., for compensatory damages in an amount reasonable under the circumstances of this cause, for all taxable costs and interest as allowed by law, a trial by jury, and for any additional general and equitable relief which the circumstances of this cause may require.

Respectfully submitted,

/s/ *Ian F. Taylor*
PAUL M. STERBCOW (#17817)
IAN F. TAYLOR (#33408)
Lewis, Kullman, Sterbcow & Abramson, LLC

2

        601 Poydras Street, Suite 2615
        New Orleans, Louisiana 70130
        Telephone: (504) 588-1500
        Facsimile: (504) 588-1514
        sterbcow@lksalaw.com
        itaylor@lksalaw.com

        AND

        /s/ *Michael H. Bagot, Jr.*
        MICHAEL H. BAGOT, JR. (#2665)
        WAGNER, BAGOT & RAYER, L.L.P.
        Pan American Life Center – Suite 1660
        601 Poydras Street
        New Orleans, Louisiana 70130
        Telephone: (504) 525-2141
        Facsimile: (504) 523-1587
        E-mail:  mbagot@wb-lalaw.com


**PLEASE SERVE**

Work Boat Electrical Services, L.L.C.
*Through Its Registered Agent:*
Joel Watson
114 Katelyn St.
Schriever, LA 70395